1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11   MARIA OSUNA,                    )   Case No. 06cv2152-BEN (BLM)
                                     )
12                 Plaintiff,        )   **ORDER FINDING EARLY NEUTRAL**
                                     )   **EVALUATION CONFERENCE**
13   v.                              )   **INAPPROPRIATE**
                                     )
14   MERCK & COMPANY, INC., a        )
     corporation; MCKESSON           )
15   CORPORATION, a corporation;     )
     DOES 1 to 50, inclusive,        )
16                                   )
                   Defendants.       )
17                                   )
     _____)

18

19         Due to Defendant Merck & Company, Inc.'s intention to seek transfer

20   of this case to the Judicial Panel on Multidistrict Litigation, see Doc.

21   No. 1, the Court finds it inappropriate to convene an Early Neutral

22   Evaluation Conference at this time. See CivLR 16.1(c) (instructing that

23   the "judicial officer shall hold [] conferences as he or she deems

24   appropriate").

     **IT IS SO ORDERED.**
25
     **DATED:  October 4, 2006**
26

27                                           _____

28                                           **BARBARA L. MAJOR**
                                             **United States Magistrate Judge**

                                                                    06cv2152-BEN

1  COPY TO:

2  HONORABLE ROGER T. BENITEZ
   U.S. DISTRICT JUDGE
3

4  ALL COUNSEL

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28