UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA OSUNA, | ) | Case No. 06cv2152-BEN (BLM) |
| | ) | |
| Plaintiff, | ) | **ORDER FINDING EARLY NEUTRAL** |
| | ) | **EVALUATION CONFERENCE** |
| v. | ) | **INAPPROPRIATE** |
| | ) | |
| MERCK & COMPANY, INC., a | ) | |
| corporation; MCKESSON | ) | |
| CORPORATION, a corporation; | ) | |
| DOES 1 to 50, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Due to Defendant Merck & Company, Inc.'s intention to seek transfer of this case to the Judicial Panel on Multidistrict Litigation, <u>see</u> Doc. No. 1, the Court finds it inappropriate to convene an Early Neutral Evaluation Conference at this time. <u>See</u> CivLR 16.1(c) (instructing that the "judicial officer shall hold [] conferences as he or she deems appropriate").

**IT IS SO ORDERED.**

**DATED: October 4, 2006**

_Barbara Major_

**BARBARA L. MAJOR**
**United States Magistrate Judge**

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL